HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LESLEY GOODSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., a foreign corporation,<br><br>Defendant. | CASE NO. C11-5434RBL<br><br>ORDER DENYING MOTION ON THE PLEADINGS |

THIS MATTER is before the Court on Defendant's Motion for Judgment on the Pleadings [Dkt. #13]. The Court has reviewed the materials for and against said motion. The Plaintiff's Complaint asserts a violation of the Domestic Violence Leave Act ("DVLA"), RCW 49.76.030. "An employee may take reasonable leave from work . . . to . . . (5) participat[e] in safety planning, temporarily or permanently relocate, or take other actions to increase the safety of the employee or employee's family members from future domestic violence, sexual assault, or stalking." RCW 49.76.100.

The law does not define "reasonable leave" from work on account of domestic violence. The law requires the issue to be resolved on a case-by-case basis. The Court cannot, and will

not, resolve the issue on a motion to dismiss on the pleadings. FRCP 12(c). The Defendant's Motion is **DENIED** [Dkt. #13].

Dated this 12th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE